CASES REPORTED WITH BRIEF SYLLABI. **829**

App. Div.]                    Fourth Department, March, 1924.

ELIAS KELLER and Others, Appellants, v. ADIRONDACK POWER AND LIGHT CORPORATION, .Respondent.— Motion granted and appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CONTRARI, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BERKEBILE, Appellant.— Motion granted and appeal dismissed.

ISABELLE M. TERWILLIGER, an Infant, etc., Respondent, v. LAFRONE TER-WILLIGER, Appellant.— Motion granted and appeal dismissed, with costs.

OTTO WEBER and Another, as Administrators, etc., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

TOWN OF TONAWANDA, Respondent, v. CITY OF BUFFALO, Appellant.— Motion to dismiss appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL MANUELE, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by March twenty-fifth.

FRANK DEVESO, Respondent, v. JOHN W. CHANDLER, Appellant. LARKIN COMPANY, Respondent, v. JOHN W. CHANDLER, Appellant.— In each case, appeal dismissed, unless appellants shall file and serve printed papers by March twenty-first.

CLAIR FOSTER and Another, Respondents, v. LUTHER S. VEEDER, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by March fifteenth.

CATHERINE O'LEARY, as Administratrix, etc., Respondent, v. PATRICK McCAR-THY and Another, Appellants.— Appeal dismissed unless appellants are ready for argument at the opening of the May term.

FLORA G. SNELL, Individually and as Administratrix, etc., Appellant, v. PATRICK FORAN and Others, Respondents.— Order entered on stipulation filed, substituting Charles E. Snyder, as executor of Flora G. Snell, deceased, in the place and stead of Flora G. Snell.

In the Matter of the Application of the KENSINGTON-DAVIS CORPORATION for a Peremptory Mandamus Order.— Appeal dismissed unless appellant shall file and serve printed papers by March fifteenth and be ready for argument March seventeenth.

DEYO P. MATHEWSON, as Executor, etc., Respondent, v. DEYO GEER and Others, Appellants.— Motion to dismiss appeal granted unless appellants shall be ready for argument at the opening of the May term.

VINCENZO BONGIOVANNI, Respondent, v. ANTHONY BUSCAGLIA, Appellant. FRANK BONGIOVANNI, Respondent, v. ANTHONY BUSCAGLIA, Appellant.— Appeal dismissed, unless appellants shall be ready for argument by May tenth.

JOHN M. WAMBOLD, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONE REVOLVER, Defendant, Impleaded with ANTONIO CARDILLO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

LOUISA DEL CASTELLO, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.